OPINION — AG — ** COUNTY CLERKS — UNIFORM FILING FEE ** ON AND AFTER OCTOBER 19, 1981, COUNTY CLERKS `ARE' REQUIRED TO COLLECT THE UNIFORM FILING FEE PURSUANT TO LAWS, 29 (12A O.S. 9-404 [12A-9-404]), ON TERMINATION STATEMENTS DISCLAIMING SECURITY INTERESTS IN FINANCING STATEMENTS FILED PRIOR TO THAT DATE. (FILING FEES, SECURED TRANSACTIONS, TERMINATION STATEMENTS, FINANCING STATEMENT) CITE: 12A O.S. 9-404 [12A-9-404], 12A O.S. 9-404 [12A-9-404](1) (JOHN PAUL JOHNSON)